**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-MFU |

**DEFENDANT TWILIO INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Twilio Inc. states that it does not have a parent corporation. Blackrock Inc., a publicly held corporation, has a 10.7 percent ownership interest in Twilio Inc.

Respectfully submitted,

TWILIO, INC.

By Counsel

/s/ Brent R. Gary

**HOLLAND & KNIGHT LLP**
Brent R. Gary (VSB # 66592)
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Tel: 703.720.8038
Fax: 703.720.8610
brent.gary@hklaw.com

Travis A. Sabalewski (VSB #47368)
Justin M. Sizemore (VSB #71859)
200 South 10th Street, Suite 1000
Richmond, VA 23219
Tel: 804.799.6591
Fax: 804.500.5353
travis.sabalewski@hklaw.com

justin.sizemore@hklaw.com

Cory W. Eichhorn (FL Bar # 576761)*
Chazz T. Freeman (FL Bar # 1050718)*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone 305.789.7576
Fax 305.789.7799
cory.eichhorn@hklaw.com
chazz.freeman@hklaw.com

* Pro hac vice application forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27 February 2026, a true and correct copy of the foregoing was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

/s/ Brent R. Gary
Brent R. Gary (VSB # 66592)