**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-MFU |

## DEFENDANT TWILIO INC.'S MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS

Twilio Inc. ("Twilio") respectfully moves, under Rules 12(b)(1), 12(b)(6), and 12(f), to dismiss Counts I through V asserted against it in the Complaint and to strike the facially defective Do-Not-Call class allegations directed at Twilio.

As set forth in Twilio's accompanying Memorandum of Law, which is incorporated herein by reference, Plaintiff fails to state a claim under the Telephone Consumer Protection Act ("TCPA") or the Virginia Telephone Privacy Protection Act ("VTPPA") because: (1) the Complaint and incorporated materials establish that Twilio did not "make," "initiate," or "cause" any of the challenged text messages; (2) Twilio is not a "telephone solicitor" under the VTPPA; (3) a text message is not a "telephone call" within the meaning of 47 U.S.C. § 227(c)(5); (4) Plaintiff's cellular telephone is not a "residential telephone" under § 227(c); (5) Plaintiff lacks Article III standing to seek injunctive relief; and (6) Plaintiff's proposed TCPA class definition is facially overbroad, warranting dismissal or striking at the pleadings stage.

For these reasons, as set forth more fully in the supporting memorandum, Twilio respectfully requests that the Court grant this Motion, dismiss all claims asserted against Twilio in Counts I–V with prejudice, strike the defective class allegations, and award such other relief as the Court deems just and proper.

Dated: March 23, 2026

Respectfully submitted,

/s/ *Brent Gary*

**HOLLAND & KNIGHT LLP**
Brent R. Gary (VSB # 66592)
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Tel: 703.720.8038
Fax: 703.720.8610
brent.gary@hklaw.com

Travis A. Sabalewski (VSB #47368)
Justin M. Sizemore (VSB #71859)
200 South 10th Street, Suite 1000
Richmond, VA 23219
Tel: 804.799.6591
Fax: 804.500.5353
travis.sabalewski@hklaw.com
justin.sizemore@hklaw.com

Cory W. Eichhorn (FL Bar # 576761)*
Chazz T. Freeman (FL Bar # 1050718)*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone 305.789.7576
Fax 305.789.7799
cory.eichhorn@hklaw.com
chazz.freeman@hklaw.com

*Counsel for Twilio Inc.*

* *Pro hac vice application forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, this document was filed with and served upon counsel for the parties through the Court's CM/ECF system.

/s/ *Brent Gary*



#535472801_v1