**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-MFU |

**[PROPOSED] ORDER**

Upon consideration of Twilio Inc.'s ("Twilio") Motion to Dismiss and Motion to Strike Class Allegations ("Motion"), it is hereby:

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that all claims against Twilio in Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

SO ORDERED this ____________ day of _____________ 2026.

_________________________
Hon. Michael F. Urbanski
United States District Judge