**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**(Lynchburg Division)**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-MFU |

**DEFENDANT FRESH START GROUP'S**
**MOTION TO DISMISS THE COMPLAINT**

Defendant Fresh Start Group, LLC ("FSG"), by counsel, pursuant to Fed R. Civ. P. 12(b)(6), and 12(b)(2) file this Motion to Dismiss and Memorandum in Support of their Motion to Dismiss Counts VII and VIII of Plaintiff's Complaint.

Respectfully submitted,

FRESH START GROUP, LLC

By Counsel

IMPRESA LEGAL GROUP

*/s/ George E. Kostel*
George E. Kostel, Esq. (VSB # 34757)
Richard K. Kelsey, Esq. (VSB # 44232)
Impresa Legal Group
3101 Wilson Blvd., Suite 500
Arlington, VA 22201
Tel: (703) 842-0660
Email: georgekostel@impresalegal.com
Email: richkelsey@impresalegal.com

*Counsel for Defendant Fresh Start Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, a true and correct copy of Defendant Fresh Start Group's Motion to Dismiss was filed using the Court's electronic filing system which will send a notice of electronic filing to all counsel of record as follows:


Craig Carley Marchiando
Consumer Litigation Associates
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
757-930-3660
Email: craig@clalegal.com

Kevin Anthony Dillon
Voice For Justice Law PLLC
626 E. Broad St., Suite 300
Richmond, VA 23219
804-277-9441
Email: kevin@voiceforjustice.law
Counsel for Plaintiff

Brent R Gary
Holland & Knight
1650 Tysons Boulevard, Ste 1700
Tysons, VA 22102
703-720-8038
Fax: 703-720-8610
Email: brent.gary@hklaw.com
Counsel for Defendant Twilio, Inc.

Krystal Brunner Swendsboe
Stephen J. Obermeier
Boyd Garriott
Jenny J. Broggi
Michael E. Toner
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
202-719-4197
Email: kswendsboe@wiley.law

Email: sobermeier@wiley.law
Counsel for Defendant Open AI, LLC

*/s/ George E. Kostel*

George E. Kostel, Esq.