# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-MFU |

**DECLARATION OF CATHERINE MATHEWS**

My name is Catherine Mathews. I am over the age of 18 and otherwise competent to make this declaration.

1. I am the Managing Member of the listed Defendant, Fresh Start Group, LLC ("FSG") in the above captioned case.
2. FSG is a single-asset entity. Its sole asset is the building located at 15430 Pouncey Tract Rd, Rockville, VA 23146 (the "Property"). *See Exhibit 2.*
3. FSG does not conduct any business other than managing the Property. It does no marketing of any sort related to the allegations in this complaint, and it has not "originated or initiated" any of the solicitations alleged in the Complaint. It engages in no robo call marketing nor text marketing.
4. FSG did not initiate a call to Plaintiff, nor did FSG initiate or cause another entity to initiate a communication to Plaintiff.
5. FSG has no ownership of nor is it a corporate affiliate with ProbateCures.com.

I declare under penalty of perjury that the foregoing is true and correct. Executed at in Virginia this 23rd day of March, 2023.

Catherine Mathews, Manager

Catherine Mathews, Managing Member
Fresh Start Group, LLC.