# EXHIBIT 2

# 15430 Pouncey Tract Rd, Rockville, VA 23146-1901, Hanover County   Expired Listing

**APN: 7738-23-8111   CLIP: 8758826618**



| Beds | Full Baths | Half Baths | Sale Price | Sale Date |
|---|---|---|---|---|
| **N/A** | **N/A** | **N/A** | **$375,000** | **02/23/2006** |
| Bldg Sq Ft | Lot Sq Ft | MLS Yr Built | Type | |
| **2,136** | **23,000** | **1940** | **N/A** | |

### OWNER INFORMATION

| | | | |
|---|---|---|---|
| Owner Name | **Fresh Start Group LLC** | Mailing Zip | **23146** |
| Mailing Address | **15430 Pouncey Tract Rd** | Mailing Zip - 4 Code | **1901** |
| Mailing City & State | **Rockville, VA** | Owner Occupied | **Yes** |

### COMMUNITY INSIGHTS

| | | | |
|---|---|---|---|
| Median Home Value | **$642,231** | School District | **HANOVER COUNTY PUBLIC SCHOOLS** |
| Median Home Value Rating | **8 / 10** | Family Friendly Score | **93 / 100** |
| Total Crime Risk Score (for the neighborhood, relative to the nation) | **90 / 100** | Walkable Score | **6 / 100** |
| Total Incidents (1 yr) | **18** | Q1 Home Price Forecast | **$642,257** |
| Standardized Test Rank | **61 / 100** | Last 2 Yr Home Appreciation | **14%** |

### LOCATION INFORMATION

| | | | |
|---|---|---|---|
| MLS Area | **36** | Zoning | **B3** |
| Magesterial | **South Anna** | Census Tract | **3203.00** |
| Zip Code | **23146** | Most Hazardous Flood Zone | **X** |
| Zip + 4 | **1901** | Flood Zone Panel | **51085C0260C** |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| PID | **7738-23-8111** | Parcel ID | **7738238111** |
| Old Map # | **10168663** | % Improved | **65%** |
| Legal Description | **15400 BLK POUNCEY TRACT ROAD** | | |

### ASSESSMENT & TAX

| Assessment Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| Assessed Value - Total | **$366,300** | **$366,300** | **$333,700** |
| Assessed Value - Land | **$128,100** | **$128,100** | **$120,600** |
| Assessed Value - Improved | **$238,200** | **$238,200** | **$213,100** |
| Market Value - Total | **$366,300** | **$366,300** | **$333,700** |
| Market Value - Land | **$128,100** | **$128,100** | **$120,600** |
| Market Value - Improved | **$238,200** | **$238,200** | **$213,100** |
| YOY Assessed Change (%) | **0%** | **9.77%** | |
| YOY Assessed Change ($) | **$0** | **$32,600** | |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2023 | **$2,569** | | |
| 2024 | **$2,967** | **$398** | **15.47%** |
| 2025 | **$2,967** | **$0** | **0%** |

### CHARACTERISTICS

| | | | |
|---|---|---|---|
| Lot Acres | **0.528** | Year Built | **1940** |
| Lot Sq Ft | **23,000** | Bldg Area - Finished Sq Ft | **2,136** |
| Land Use - County | **Commercial/Indus** | Bldg Area - Total Sq Ft | **Tax: 2,136 MLS: 2,155** |

### FEATURES

| Feature Type | Unit | Size/Qty |
|---|---|---|
| Office | **S** | **2,136** |

### SELL SCORE

| | | | |
|---|---|---|---|
| Value As Of | **2026-03-15 06:32:58** | | |

### LISTING INFORMATION

| | | | |
|---|---|---|---|
| MLS Listing Number | **2217965** | MLS Orig. List Price | **$1,495,000** |



The data within this report is compiled by Cotality from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

| | | | |
|---|---|---|---|
| MLS Status | **Expired** | MLS Status Change Date | **10/01/2022** |
| MLS Area | **36 - HANOVER** | MLS List. Agent Name | **67183-Cathy Mathews** |
| MLS Listing Date | **06/25/2022** | MLS List. Broker Name | **FRESH START REALTY** |
| MLS Current List Price | **$1,495,000** | | |

| | | | |
|---|---|---|---|
| MLS Listing # | 2210657 | 1323517 | Old2818068 |
| MLS Listing Date | **04/23/2022** | **09/09/2013** | **05/15/2008** |
| MLS Listing Price | **$1,495,000** | **$250,000** | **$75,000** |
| MLS Orig Listing Price | **$1,495,000** | **$275,000** | **$75,000** |
| MLS Close Date | | **07/01/2014** | |
| MLS Listing Close Price | | **$150,000** | |
| MLS Listing Expiration Date | **05/07/2022** | **09/05/2014** | **11/06/2008** |
| MLS Status | **Expired** | **Sold** | **Expired** |

### LAST MARKET SALE & SALES HISTORY

| | | | |
|---|---|---|---|
| Recording Date | **03/13/2006** | Seller | **Hak Enterprises Inc** |
| Settle Date | **02/23/2006** | Owner Name | **Fresh Start Group LLC** |
| Sale Price | **$375,000** | Document Number | **2674-701** |
| Price Per Square Foot | **$175.56** | Deed Type | **Bargain & Sale Deed** |

| | | | | | |
|---|---|---|---|---|---|
| Recording Date | 06/26/2014 | 03/13/2006 | 02/21/2003 | 02/13/2002 | 01/05/2001 |
| Sale/Settlement Date | **06/26/2014** | **02/23/2006** | **02/19/2003** | **11/28/2001** | **12/28/2000** |
| Sale Price | **$150,000** | **$375,000** | **$340,000** | **$4,000** | **$280,000** |
| Buyer Name | **Fresh Start Grp LLC** | **Zeeshan Trading Inc** | **Hak Enterprises Inc** | **Commonwealth Of Virginia** | **Hylas LLC Co** |
| Buyer Name 2 | | | | | |
| Seller Name | **Zeeshan Trading Inc** | **Hak Enterprises Inc** | **Hylas L L C** | **Hylas LLC** | **Graybeal Hylton L & Bonnie C** |
| Document Number | **3091-210** | **2674-701** | **2003-403** | **1797-201** | **1615-268** |
| Document Type | **Bargain & Sale Deed** | **Bargain & Sale Deed** | **Deed (Reg)** | **Deed (Reg)** | **Deed (Reg)** |
| Title Company | **Chicago Title Ins Co** | | | | **Attorney Only** |

| | |
|---|---|
| Recording Date | |
| Sale/Settlement Date | **11/1991** |
| Sale Price | **$56,500** |
| Buyer Name | **Graybeal Hylton L & Graybeal Bonnie C** |
| Buyer Name 2 | **Graybeal Bonnie C** |
| Seller Name | |
| Document Number | **608-568** |
| Document Type | **Deed (Reg)** |
| Title Company | |

### MORTGAGE HISTORY

| | | | | | |
|---|---|---|---|---|---|
| Mortgage Date | 12/28/2020 | 06/26/2014 | 03/13/2006 | 03/13/2006 | 02/21/2003 |
| Mortgage Amount | **$450,000** | **$232,000** | **$318,750** | **$69,015** | **$387,000** |
| Mortgage Lender | **Ils Lndg LLC** | **Union First Market Bk** | **First Cmnty Bk** | **Private Individual** | **Citizens & Farmers Bk** |
| Mortgage Term | **5** | | | | |
| Mortgage Term | **Years** | | | | |
| Mortgage Int Rate Type | **Adjustable Int Rate Loan** | | | | |
| Mortgage Purpose | **Refi** | **Resale** | **Resale** | **Resale** | **Resale** |
| Mortgage Type | **Conventional** | **Conventional** | **Conventional** | **Private Party Lender** | **Conventional** |
| Mortgage Doc # | **3290-1593** | **3091-213** | **2674-704** | **2674-724** | **2003-405** |

| | | |
|---|---|---|
| Mortgage Date | 02/21/2003 | 01/05/2001 |
| Mortgage Amount | **$40,000** | **$360,000** |
| Mortgage Lender | **Private Individual** | **Metro-County Bk/Va** |
| Mortgage Term | **7** | |
| Mortgage Term | **Years** | |
| Mortgage Int Rate Type | | |
| Mortgage Purpose | **Resale** | **Resale** |
| Mortgage Type | **Private Party Lender** | **Conventional** |
| Mortgage Doc # | **2003-430** | **1615-272** |



The data within this report is compiled by Cotality from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

PROPERTY MAP







*Lot Dimensions are Estimated



The data within this report is compiled by Cotality from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.