**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

**WILLIAM LOWREY,** *individually and on*
*behalf of similarly situated individuals,*

      **Plaintiff,**

v.                                                                  **CIVIL ACTION NO. 6:25-cv-116-MFU**

**TWILIO INC., OPENAI, L.L.C., and**
**FRESH START GROUP LLC,**

      **Defendants.**


## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS

COMES NOW the plaintiff William Lowrey ("Plaintiff"), by counsel, who submits the following in response to Defendants Twilio Inc.'s ("Twilio"), OpenAI, L.L.C.'s ("OpenAI"), and Fresh Start Group LLC's ("Fresh Start") (collectively "Defendants") motions to dismiss and strike class allegations (the "Motions") (ECF Nos. 33, 35, 37, 38).

Plaintiff plans to file an amended complaint in this matter. (*See* Fed. R. Civ. P. 15(a)(1)(B); Pl.'s Mtn., ECF No. 41.) The deadline to file his amended complaint is April 22, 2026. (Mar. 30, 2026 Order, ECF No. 42.) However, the deadline to file a response to the Motions is April 6, 2026. *See* W.D. Va. Civ. R. 11(c)(1). Plaintiff files this response since the deadline for his response to the Motions is set before the deadline to file an amended complaint. Upon the filing of such amended complaint, Plaintiff's original complaint, (ECF No. 1,) will no longer be operative and thus Defendants' Motions will be moot.

Plaintiff thus requests that Defendants' Motions be denied as moot.

Respectfully Submitted,

Page 1 of 3

**WILLIAM LOWREY,**

By:  /s/ *Kevin Dillon*


Kevin A. Dillon (VSB # 93475)
VOICE FOR JUSTICE LAW, PLLC
626 E. Broad Street, Suite 300
Richmond, VA 23219
Telephone: 804-277-9441
Facsimile: 804-494-4985
Email: kevin@clalegal.com

Craig C. Marchiando (VSB # 89736)
CONSUMER LITIGATION ASSOCIATES, PC
763 J. Clyde Morris Blvd, #1a
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2026, a true and correct copy of the foregoing was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

*/s/ Kevin Dillon*
Kevin Dillon (VSB # 93475)