yourfreshstarthere

# yourfreshstarthere ···

Fresh Start Here

158 posts 27 followers 11 following

Real Estate Investment Firm

www.freshstarthere.com and 2 more

## Links

**Your Fresh Start Here**
www.freshstarthere.com

**Fresh Start Here**
Facebook Page

**Probate CURES**
www.probatecures.com

