**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-00116-NKM-CKM |

**PLAINTIFF'S NOTICE OF PRIOR USE OF ARTIFICIAL INTELLIGENCE**

Pursuant to Section Twelve of this Court's Scheduling Order (ECF No. 100) (the "Scheduling Order"), Plaintiff William Lowrey submits this notice regarding prior use of artificial intelligence ("AI"). Prior to the entry of the Scheduling Order, Plaintiff has utilized AI tools in the preparation of filings made with this Court. Consistent with his and his counsel's Rule 11 obligations, all such filings were independently reviewed and verified by counsel for accuracy prior to filing.

Dated: October 9, 2026

Respectfully submitted,

*/s/Kevin A. Dillon*

Kevin A. Dillon (VSB # 93475)
VOICE FOR JUSTICE LAW, PLLC
626 E. Broad Street, Suite 300
Richmond, VA 23219
Telephone: 804-277-9441
Facsimile: 804-494-4985
Email: kevin@voiceforjustice.law

Craig C. Marchiando (VSB # 89736)
CONSUMER LITIGATION ASSOCIATES, PC
763 J. Clyde Morris Blvd, #1a
Newport News, VA 23601

Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, a true and correct copy of the foregoing was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

*/s/ Kevin Dillon*
Kevin Dillon