**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-NKM |

**DEFENDANT OAI INTERNATIONAL, INC.'S NOTICE OF PRIOR USE OF ARTIFICIAL INTELLIGENCE**

Pursuant to Section 12 of the Court's Case Management Order, *see* Dkt. 100, the undersigned counsel for OAI International, Inc.[1] ("OpenAI") provides this notice to inform the Court that counsel has utilized generative artificial intelligence tools in relation to the preparation of documents previously filed with the Court. Counsel for OpenAI further certifies that it has independently reviewed and verified the accuracy of all filed documents, including all citations, quotations, and legal authority, and that all previously filed documents comply with the filer's obligations under Rule 11.

[1] The named defendant, OpenAI, L.L.C., converted effective December 31, 2025 from a limited liability company to a corporation named OAI International, Inc.

Dated: October 16, 2026

Respectfully submitted,


*/s/Stephen J. Obermeier*
Stephen J. Obermeier (VSB # 89849)
Michael E. Toner (VSB # 34548)*
Krystal B. Swendsboe (VSB # 89614)
Jeremy J. Broggi (DC Bar # 1029427)*
Boyd Garriott (DC Bar # 1617468)*
**WILEY REIN LLP**
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7000
Fax: (202) 719-7049
sobermeier@wiley.law
mtoner@wiley.law
kswendsboe@wiley.law
jbroggi@wiley.law
bgarriott@wiley.law

*Counsel for OAI International, Inc.*

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on October 16, 2026, a true and correct copy of the foregoing was filed and served electronically upon counsel of record registered with the Court's CM/ECF system.

*/s/Stephen J. Obermeier*
Stephen J. Obermeier (VSB # 89849)