**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-116-NKM |

**DEFENDANT TWILIO INC.'S NOTICE OF PRIOR USE OF ARTIFICIAL INTELLIGENCE**

Pursuant to Section 12 of the Court's Case Management Order (ECF No. 100), undersigned counsel for Defendant Twilio, Inc. ("Twilio") submits this notice in order to inform the Court that counsel has utilized generative artificial intelligence tools in relation to the preparation of documents previously filed with the Court. Counsel for Twilio further certifies that it has independently reviewed and verified the accuracy of all filed documents, including all citations, quotations, and legal authority, and that all previously filed documents comply with the filer's obligations under Rule 11.

Dated: October 20, 2026

Respectfully submitted,

/s/ *Brent Gary*

**HOLLAND & KNIGHT LLP**
Brent R. Gary (VSB # 66592)
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102

Tel: 703.720.8038
Fax: 703.720.8610
brent.gary@hklaw.com

Travis A. Sabalewski (VSB #47368)
Justin M. Sizemore (VSB #71859)
200 South 10th Street, Suite 1000
Richmond, VA 23219
Tel: 804.799.6591
Fax: 804.500.5353
travis.sabalewski@hklaw.com
justin.sizemore@hklaw.com

Cory W. Eichhorn (Adm. *Pro Hac Vice*)
Chazz T. Freeman (FL Bar # 1050718)*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone 305.789.7576
Fax 305.789.7799
cory.eichhorn@hklaw.com
chazz.freeman@hklaw.com

*Counsel for Twilio Inc.*

** Pro hac vice application forthcoming*



#546812518_v1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, this document was filed with and served upon counsel for the parties through the Court's CM/ECF system.

/s/ *Brent Gary*