# How I automated cold calls with AI

project, api

---

**HenryObj** 1 December 23, 2024, 12:33pm

This weekend, I built an AI sales system that automates cold calls and books meetings – here's how it works.

I combined Twilio for the phone calls, OpenAI for the speech to speech AI, and Google Calendar / Google Sheets to replace a CRM.

The result? A system built on Google Sheet that lets you upload a prospect list, provide some context and guidelines, and then let your AI agents handle the cold calls until they book meetings directly into your calendar.

You can check out the demo here: **[DEMO] - Automate Outreach using OpenAI, Twilio, and Google (Sheets/Calendar)** – you'll see not only how natural the AI agents sound (thanks to OpenAI's advanced voice mode), but also how everything from the agents to the timezone is customizable.

Please note that this isn't a product launch - I will be testing it internally with SPAR in early Jan, and I'll share the real results then.

That being said, if you :

- Need this solution for yourself
- Have questions about the code
- Are curious about what we do at SPAR

Feel free to reach out via comment or DM.

Finally, Happy holidays and all the best for 2025!

4 Likes

---

**mc4** 2 January 14, 2025, 12:05pm

Hi I would be interested in using this tool, do you sell it or do you get a % of commission?

2 Likes

**anthony.olasinde** 4 June 26, 2025, 3:54pm

HI @HenryObj well done on this. I am interested in this tool for myself. Kindly provide a guide on how to get it.

Thanks
Anthony

---

**HenryObj** 5 June 26, 2025, 5:00pm

Hi @anthony.olasinde

Appreciate it. I'm fully focused on **undervalued.ai**, so I won't be writing a guide.
If you're building your own, the setup is an orchestration of:
– Twilio (both API and to purchase phone number)
– OpenAI (speech-to-speech)
– Websockets (for live bridging)
– Optional: Google Sheets + Calendar APIs (for flow logic)

Paid solutions are likely available if you prefer an off-the-shelf option.

2 Likes

---

**Mason_Mill** 6 July 1, 2025, 6:39pm

Henry!

I'm incredibly interested in what you've done here. Came across your post while attempting to build something incredibly similar to what you've done here. Would love to chat with you for a few minutes if you're open to it? Let me know!

---

**alexsam986** 7 July 11, 2025, 6:27am

Hey Henry,
This is really solid work here. Appreciate how you've smartly used **Twilio, OpenAI, and Sheet**s to build a

fully automated cold-call system. I see the voice flow feels natural, and real-time calendar booking makes it super practical for lean outreach teams.

Using Sheets as a no-code CRM is a nice touch and keeps things lightweight and easy to tweak. The way you handle timezones and context shows you've thought through the details.

This could definitely evolve into a full SaaS with reporting and fallback chat where solutions like **MirrorFly or Apphitect** would be a wise add for that.

---

**yaron1** 9 September 9, 2025, 10:09pm

Henry

I am really escited about this new worrl

How can I get started with this can you email me or text em at 310 703 3301 = if at al possible would love a 5-10 minute conversations please

---

**ndack.kh** 10 October 9, 2025, 1:17pm

Hi @HenryObj , well done on creating this needed automation. Any chance i could test it for internal purposes too and see if we can then come up with an arrangement?

## Related topics

| Topic | Replies | Activity |
|---|---|---|
| Enhance AI Launched | 6 | March 17, 2024 |
| AlterAI - Your Personal AI | 6 | May 28, 2021 |
| Brainstorming With GPT-3 (Introducing GenerateIdeas.ai) | 26 | January 3, 2024 |
| No-code GPT-3 builder | 4 | September 14, 2021 |

| Topic | Replies | Activity |
|---|---|---|
| [AI-custom friendship bot] | 7 | December 15, 2023 |