INTERNET ARCHIVE WaybackMachine https://probatecures.com/ Go JAN MAR JUL
42 captures
2 Sep 2024 – 14 Jul 2025
◀ 22 ▶
2024 2025 2026
About this capture

PROBATE CURES



# YOUR PROBATE SOLUTION FOR VIRGINIA REAL ESTATES



When you’re facing a property in probate or trust real estate, a friendly response can make a world of difference. Probate CURES offers the support you need and the experience you can trust. Managing an estate property isn’t like an ordinary home sale. During these extraordinary times, you can count on Probate CURES to sell the real estate quickly and get you the most value from the property. We are the premier probate service, offering a seamless solution for managing your deceased loved one's Virginia estate and final affairs.

Call us today! We can assist you and answer any questions you may have 804-295-0000.

**Request a FREE Consultation**





# ABOUT US

Probate CURES is a group of professionals with over a half of a century of Real Estate and administration process knowledge and experience. We understand the pain of these matters, what it takes to settle a Virginia Real Estate matter, and also recognize the need for a better way through what we call C.U.R.E.S. which stand for Creative Unique Real Estate Solutions. Probate CURES is here to help you through every step. Learn more by requesting a FREE consultation below.



**Request a FREE Consultation**

OUR PROMISE

## 100% CONFIDENTIALITY



### Real Estate Transactions

Navigating the complexities of inheriting an estate home or going through the probate process can be overwhelming. That's where Probate CURES comes in. We are here to provide expert guidance and support every step of the way, ensuring a smooth and stress-free experience for you and your loved ones. Trust us to handle the intricate details while you focus on what truly matters during this time.




### Title Examination And Due Diligence

Offer title examination services to verify property ownership and uncover any encumbrances or liens. Are you looking for help to accurately assess the value of your assets? We have compiled the most commonly used asset valuation tools to make this part of the process easier and more efficient.




### Inventory Management & Repairs

We'll take care of detailing the entire inventory of the remaining house contents and manage a coordinated distribution effort through multiple channels, including estate sales, waste disposal, and donations to charity. Don't worry if the home needs some work. Our team will manage necessary house repairs, cleaning, trash removal, painting, and remodeling to get the property ready to sell.

CERTIFIED PROBATE EXPERT
empathy = generosity

### A Team You Can Lean On In Your Time Of Need

Losing a loved one means enduring one of the most difficult seasons. With so much to process, the added burden of an estate sale and other end-of-life duties are often more than you want to handle. That's why Probate CURES specializes in providing exceptional care for these situations, from managing inventory to repairs, professional staging and marketing, and finally the sale of the home.

With more than 25 years of experience in the Richmond Metro areas helping support families through senior transition or probate, Probate CURES is on your side. We offer a complete suite of services to assist beneficiaries so they may remain free from the hassles of conducting property visits, managing contractors, or deciding on repairs and renovations. Our team provides prompt, meaningful, and timely updates throughout the entire process, but the long, exhaustive to-do list is no longer your concern.

## OUR ESTATE SALE SERVICES
## A Team You Can Lean On in Your Time of Need

Losing a loved one means enduring one of the most difficult seasons. With so much to process, the added burden of an estate sale and other end-of-life duties are often more than you want to handle. That's why Probate CURES specializes in providing exceptional care for these situations, from managing inventory to repairs, professional staging and marketing, and finally the sale of the home.

With more than 25 years of experience in the Richmond Metro areas helping support families through senior transition or probate, Probate CURES is on your side. We offer a complete suite of services to assist beneficiaries so they may remain free from the hassles of conducting property visits, managing contractors, or deciding on repairs and renovations. Our team provides prompt, meaningful, and timely updates throughout the entire process, but the long, exhaustive to-do list is no longer your concern.

## OUR TEAM
## What Our Clients Feedback



### Dion Lee

I love to solve problems and make dreams happen!



### Zak Mathews

I enjoy helping people feel and get better!



### Cathy Mathews

People I work with call me mama bear, because I love to protect my clients, friends and family!

**Request a FREE Consultation**

### Get In Touch

**Email: [email protected]**
[email protected]

**Address : 15430 Pouncey Tract Rd, Rockville, VA 23146**
15430 Pouncey Tract Rd, Rockville, VA 23146

**Assistance Hours :**
**Mon – Fri 10:00am - 3:00pm**



Virtual Meetings Available
**Saturday & Sunday – CLOSED**
Emergency Appointments Available




## FAQS

- What is Probate?
- What is Probate Court
- What is a Personal Representative?
- What is Joint Tenancy With Rights of Survivorship?
- What is Testate?
- What is Intestate?
- What is a Codicil?

**Email: [email protected]**
[email protected]
**Phone : 423-900-2274**
Call Today!
**Address : 15430 Pouncey Tract Rd, Rockville, VA 23146**
Privacy Policy . Terms of Service