yourfreshstarthere

# yourfreshstarthere ···

Fresh Start Here

**158** posts **27** followers **11** following

Real Estate Investment Firm

**www.freshstarthere.com and 2 more**

## Links

**Your Fresh Start Here**
www.freshstarthere.com

**Fresh Start Here**
Facebook Page

**Probate CURES**
www.probatecures.com

