**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-00116-NKM-CKM |

**DEFENDANT TWILIO INC.'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL OR, IN THE ALTERNATIVE, FOR RECONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 54(b), Federal Rule of Appellate Procedure 5(a)(3), and 28 U.S.C. § 1292(b), Defendant Twilio Inc. ("Twilio") respectfully moves the Court to (1) certify for interlocutory appeal its October 1 Order granting in part and denying in part Twilio's motion to dismiss, *see* Dkt. 99, or (2) in the alternative, reconsider the Order and grant Twilio's motion to dismiss in full. This motion is supported by, and incorporates by reference, the accompanying memorandum.

WHEREFORE, Twilio respectfully requests that this Honorable Court:

A. Enter an Order amending its October 1 Order, Dkt. 99, to certify it for interlocutory appeal.

B. Alternatively, reconsider its October 1 Order, Dkt. 99, and revise that Order to dismiss all claims against Twilio with prejudice.

C. Grant any such other and further relief as justice may require.

Dated: October 30, 2026

Respectfully submitted,

/s/ *Brent Gary*

**HOLLAND & KNIGHT LLP**
Brent R. Gary (VSB # 66592)
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Tel: 703.720.8038
Fax: 703.720.8610
brent.gary@hklaw.com

Travis A. Sabalewski (VSB #47368)
Justin M. Sizemore (VSB #71859)
200 South 10th Street, Suite 1000
Richmond, VA 23219
Tel: 804.799.6591
Fax: 804.500.5353
travis.sabalewski@hklaw.com
justin.sizemore@hklaw.com

Cory W. Eichhorn (FL Bar # 576761)
Chazz T. Freeman (FL Bar # 1050718)*
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Phone 305.789.7576
Fax 305.789.7799
cory.eichhorn@hklaw.com
chazz.freeman@hklaw.com

*Counsel for Twilio Inc.*

* *Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, this document was filed with and served upon counsel for the parties through the Court's CM/ECF system.

/s/ *Brent Gary*