**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM LOWREY,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC., OPENAI, L.L.C., and FRESH START GROUP LLC,<br><br>Defendants. | Civil Action No. 6:25-cv-00116-NKM-CKM |

**[PROPOSED] ORDER**

Upon consideration of Twilio Inc.'s ("Twilio") Motion for Certification of Interlocutory Appeal or, in the Alternative, for Reconsideration ("Motion"), it is hereby:

**ORDERED** that the Motion is **GRANTED**.

**FURTHER ORDERED** that this Court's October 1 Order, Dkt. 99, is **AMENDED** to CERTIFY that Order for interlocutory appeal, as it presents a question of law that satisfies the requirements of 28 U.S.C. § 1292(b).

[**IN THE ALTERNATIVE**] **ORDERED** that, upon reconsideration, all claims against Twilio are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this ____________________ day of _____________________ 2026.

_________________________________
Hon. Norman K. Moon
United States District Judge